| PROB 22 (Rev. 2/88) | | DOCKET NUMBER /Tran. Court} |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 2000CR434-11 |
| | RECEIVED | DOCKET NUMBER /Rec. Court} CR.MISC. NO. 1103 1:06CR250-MEF-SRW |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br><br>RONNIE LEE ESLINGER<br>561 GRANGER STREET<br>COTTONWOOD, AL 36320 | DISTRICT<br>EASTERN NEW YORK<br><br>NAME OF SENTENCING JUDGE<br>THOMAS C. PLATT UNITED STATES DISTRICT JUDGE | DIVISION<br>CENTRAL ISLIP |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 2/7/2006 | TO 2/6/2009 |

| OFFENSE |
|---|
| CONSPIRACY TO COMMIT MONEY LAUNDERING |

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **EASTERN** DISTRICT OF **NEW YORK**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **MIDDLE DISTRICT OF ALABAMA** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

08/29/06
Date

Thos. C. Platt
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **MIDDLE** DISTRICT OF **ALABAMA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

18 SEPT 2006
Effective Date

United States District Judge