# United States District Court
## for
## Middle District of Alabama
## Report on Offender Under Supervision

Name of Offender: RONNIE LEE ESLINGER				Case Number: 1:06CR00250-MEF

Name of Sentencing Judicial Officer:   Honorable Thomas C. Platt, U.S. District Judge, Eastern District of New York.  Jurisdiction transferred to the Middle District of Alabama; assigned to Honorable Mark E. Fuller, Chief U.S. District Judge

Date of Original Sentence: April 22, 2005

Original Offense: Conspiracy to Commit Money Laundering, 18 USC 1956(a)(1)(B) and 1956 (h)

Original Sentence: One (1) year and one (1) day custody, followed by a three (3) year term of supervised release

Type of Supervision: Supervised release			Date Supervision Commenced: February 7, 2006

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1.	**Violation of condition of supervised release which states, "The defendant shall refrain from any unlawful use of a controlled substance."**

On April 24, 2007, an urine specimen was obtained from Eslinger, taken by U.S. Probation Officer Louis D. Johns, Jr. The specimen revealed a presumptive positive for marijuana. Eslinger admitted using marijuana on or about April 8, 2007, and signed an Admission of Drug Use form.

**Probation Officer Action:**

It is recommended that no punitive action be taken at this time.  Eslinger recently completed a substance abuse treatment program at SpectraCare in Dothan, Alabama. Eslinger admitted that he needs additional treatment to deal with his drug abuse issues, and he is being referred to SpectraCare for an assessment so he can be placed in the appropriate treatment program. He was advised that any additional positive drug test could result in punitive sanctions.  If the Court concurs with this recommendation, the probation officer will monitor his participation in the substance abuse treatment program. Any future positive drug tests, or other violations, will be reported to the Court.

Respectfully submitted,

/s/ Louis D. Johns, Jr.
Louis D. Johns, Jr.
U.S. Probation Officer
Date: May 21, 2007

Reviewed & Approved:

/s/ Robert A. Pitcher
Robert A. Pitcher, Senior U.S. Probation Officer/OIC

---

*The Court directs that additional action be taken as follows:*

[X] Concur with Recommendation
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Mark E. Fuller
Chief U.S. District Judge

22 May 2007
Date