# United States District Court

## for

## Middle District of Alabama

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: RONNIE LEE ESLINGER          Case Number: 1:06CR00250-MEF

Name of Sentencing Judicial Officer:   Honorable Thomas C. Platt, U.S. District Judge, Eastern District of New York.  Jurisdiction transferred to the Middle District of Alabama; assigned to Honorable Mark E. Fuller, Chief U.S. District Judge

Date of Original Sentence: April 22, 2005

Original Offense: Conspiracy to Commit Money Laundering, 18 USC 1956(a)(1)(B) and 1956(h)

Original Sentence: One (1) year and one (1) day custody, followed by a three (3) year term of supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: February 7, 2006

Assistant U.S. Attorney: Louis Franklin          Defense Attorney: Federal Defender

### PETITIONING THE COURT

[ ]     To issue a warrant
[**X**]     To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number                    Nature of Noncompliance

1.     **Violation of the condition of supervised release which states, "The defendant shall refrain from any unlawful use of a controlled substance."**

On January 30, 2008, a urine specimen was obtained from Eslinger, taken by U.S. Probation Officer Louis D. Johns, Jr.  The specimen revealed a presumptive positive for marijuana, and Eslinger admitted using marijuana on or about December 31, 2007.  Additionally, Eslinger signed an Admission of Drug Use Form.

U.S. Probation Officer Recommendation:

[X]  The term of supervision should be
    [X]  revoked.
    [ ]   extended one year

[ ]  The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   January 31, 2008

/s/ Louis D. Johns, Jr.
Louis D. Johns, Jr.
U.S. Probation Officer

Reviewed and approved:  /s/ Robert A. Pitcher
Robert A. Pitcher, Senior U.S. Probation Officer/OIC

---

THE COURT ORDERS:

[ ]  The Issuance of a Summons
[ ]  The Issuance of a Warrant
[ ]  No Action
[ ]  Other

Mark E. Fuller
Chief U.S. District Judge

Date