PROB 12C
(7/93)

# United States District Court

## for

## Middle District of Alabama

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: RONNIE LEE ESLINGER    Case Number: 1:06CR00250-MEF

Name of Sentencing Judicial Officer:  Honorable Thomas C. Platt, U.S. District Judge, Eastern District of New York.  Jurisdiction transferred to the Middle District of Alabama; assigned to Honorable Mark E. Fuller, Chief U.S. District Judge

Date of Original Sentence: April 22, 2005

Original Offense: Conspiracy to Commit Money Laundering, 18 USC 1956(a)(1)(B) and 1956(h)

Original Sentence: One (1) year and one (1) day custody, followed by a three (3) year term of supervised release

Type of Supervision: Supervised Release    Date Supervision Commenced: February 7, 2006

Assistant U.S. Attorney: Louis Franklin    Defense Attorney: Federal Defender

## PETITIONING THE COURT

[ ]  To issue a warrant
[X]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1.  **Violation of the condition of supervised release which states, "The defendant shall refrain from any unlawful use of a controlled substance."**

On January 30, 2008, a urine specimen was obtained from Eslinger, taken by U.S. Probation Officer Louis D. Johns, Jr.  The specimen revealed a presumptive positive for marijuana, and Eslinger admitted using marijuana on or about December 31, 2007.  Additionally, Eslinger signed an Admission of Drug Use Form.

PROB 12C
(7/93)

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be
    [X]   revoked.
    [ ]   extended one year

[ ]   The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   January 31, 2008

/s/ Louis D. Johns, Jr.
Louis D. Johns, Jr.
U.S. Probation Officer

Reviewed and approved:   /s/ Robert A. Pitcher
Robert A. Pitcher, Senior U.S. Probation Officer/OIC

---

THE COURT ORDERS:

[X]   The Issuance of a Summons
[ ]   The Issuance of a Warrant
[ ]   No Action
[ ]   Other

Mark E. Fuller
Chief U.S. District Judge

2/1/08
Date