IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 1:06-cr-250-MEF |
| | ) | |
| RONNIE LEE ESLINGER | ) | |

## UNITED STATES' MOTION TO SUBSTITUTE COUNSEL

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and hereby moves the Court to substitute Assistant United States Attorney Stephen P. Feaga, as counsel of record for the United States of America in this matter in place of Assistant United States Attorney Louis V. Franklin, Sr..

Respectfully submitted this the 7th of February, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY


/s/ Stephen P. Feaga
STEPHEN P. FEAGA
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
334.223.7280
334.223.7135 fax

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 1:06-cr-250-MEF |
| | ) | |
| RONNIE LEE ESLINGER | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Stephen P. Feaga
STEPHEN P. FEAGA
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
334.223.7280
334.223.7135 fax