IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06-cr-250-MEF |
| | ) | |
| RONNIE LEE ESLINGER | ) | |

# **O R D E R**

It is hereby ORDERED that based upon the information contained in defendant Eslinger's February 7, 2008, Financial Affidavit (Doc. No. 9), the Court finds that the defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C.§ 3006A, and hereby appoints the Federal Defender to represent the defendant during the revocation proceedings currently pending before the Court.

DONE this the 13th day of February, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE