IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:06CR00250-MEF |
| | ) | |
| RONNIE LEE ESLINGER | ) | |

## **O R D E R**

Ronnie Lee Eslinger, the supervised releasee herein, was placed on supervised release for a period of three (3) years on April 25, 2005. Based on the proceedings in open court on February 28, 2008, it is CONSIDERED, ORDERED and ADJUDGED that the above supervised release sentence be and the same hereby is modified as follows:

1. Ronnie Lee Eslinger shall participate in an inpatient substance abuse treatment program at Chemical Addiction Program as directed by the probation officer and shall contribute to the cost of any treatment based on ability to pay and availability of third party payments.

2. Ronnie Lee Eslinger shall participate in the home confinement program, with electronic monitoring for a period of six (6) months to begin at a time designated by the probation officer. Ronnie Lee Eslinger shall follow the procedures specified by the probation officer and pay the cost of electronic monitoring as directed.

3. Ronnie Lee Eslinger shall submit to a search of his person, residence, office, or vehicle pursuant to the search policy of this Court.

4. Ronnie Lee Eslinger shall remain under the same supervised release conditions that

are currently in effect.

    Done this the 7th day of March, 2008

                                              /s/ Mark E. Fuller
                                   CHIEF UNITED STATES DISTRICT JUDGE