IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 1:06-cr-250-MEF |
| ) | |
| RONNIE LEE ESLINGER ) | |

# **O R D E R**

Upon consideration of the government's Motion to Substitute Counsel (Doc. #10) filed on February 7, 2008, it is hereby

ORDERED that the motion is GRANTED in part and DENIED in part to the extent it contains a motion for leave to appear as additional counsel by Mr. Feaga it is granted. To the extent that Mr. Feaga seeks to withdraw the appearance of Mr. Franklin, it is denied.

DONE this the 10th day of March, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE