✎AO 245D    (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Middle District of Alabama

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Judgment in a Criminal Case** |
| **v.** | (For **Revocation** of Probation or Supervised Release) |

**RONNIE LEE ESLINGER**

Case No.     **1:06CR250-MEF-01**

USM No.    **16179-112**

_____**Aylia McKee**_____
Defendant's Attorney

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s)   __1 and 2 of violations report__   of the term of supervision.

☐   was found in violation of condition(s)   _____   after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1. | **Defendant shall not commit another federal, state or local crime** | **10/3/2008** |
| 2. | **Defendant shall serve six months on home confinement** | **10/3/2008** |

The defendant is sentenced as provided in pages 2 through ____**2**____ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's  Soc. Sec. No.: __7967__

Defendant's Year of Birth:     __1969__

City and State of Defendant's Residence:
__Pansey, Alabama__

**November 7, 2008**
Date of Imposition of Judgment

Signature of Judge

__MARK E. FULLER, CHIEF U.S. DISTRICT JUDGE__
Name and Title of Judge

7 November 2008
Date

AO 245D   (Rev. 12/07) Judgment in a Criminal Case for Revocations
          Sheet 2 — Imprisonment

DEFENDANT:       **RONNIE LEE ESLINGER**                    Judgment — Page ___2___ of ___2___
CASE NUMBER:     **1:06CR250-MEF-01**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

**Nine (9) months.**

X   The court makes the following recommendations to the Bureau of Prisons:

    **The Court recommends that the defendant be designated as near to the Wiregrass area in Alabama as can be.**

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐   at _____ ☐ a.m.   ☐ p.m.   on _____ .

    ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐   before 2 p.m. on _____ .

    ☐   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

    Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

                                               _____

                                                      UNITED STATES MARSHAL

                        By _____

                                        DEPUTY UNITED STATES MARSHAL